UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JERRY R. STEWART, JR.,**

    **Plaintiff,**

    v.

**MATTHEW WIEDMAN,** *et al.***,**

    **Defendant.**

**Case No. 2:21-cv-1876**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on July 14, 2021. (ECF No. 5). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff shall be **AESSESSED the full filing fee of $402.00**, and the action is **DISMISSED** without prejudice for lack of prosecution.

    **IT IS SO ORDERED.**


**8/25/2021**                                       **s/Edmund A. Sargus, Jr.**
**DATE**                                           **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**